# EXHIBIT "A"

Las Vegas Justice Court
Electronically Filed
10/29/2020 2:06 PM
Suzan Baucum
CLERK OF THE COURT

## Las Vegas Justice Court
### Clark County, Nevada

20C019979

Case No.

Dept.    Department #: LVJC 4

LUBA GONZALEZ aka Luba Snow,
             Plaintiff,
        v.
EQUIFAX LLC,
             Defendant.
_____/

## Complaint

Luba Snow (formerly Gonzalez) sues Equifax LLC for money damages under the Fair Credit Reporting Act section 616 and 617 and says:

### Jurisdictional Allegations

1. This is an action for money damages of $7,500.00 US Dollars.

2. At all times material to this lawsuit Luba Snow lived in Clark County, Nevada.

3. At all times pertinent to this lawsuit Equifax LLC did commerce in Clark County, Nevada.

4. All acts necessary or precedent to the bringing of this lawsuit occurred or accrued in Clark County, Nevada.

5. This court has jurisdiction.

### General Factual Allegations

6. On 03 September 2020 Luba sent her fourth and final written notice to Equifax before seeking litigation.

7. Luba is seeking relief because of the 10 unknown/unverified accounts still on her credit report.

8. The following 10 accounts are in violation of section 611(a)(7) & 611(5)(A) of the FCRA and 15 U.S.C. §1681:

|   |   |   |
|---|---|---|
| A. | COMENITY BANK/VCTRSEC | #585637513683... |
| B. | ACCOUNT CORP OF SOUTHERN | #D1846... |
| C. | RC WILLEY | #215511... |
| D. | CALVALRY PORTFOLIO SERVIC | #21695782.. |
| E. | EOS CCA | #...88025... |
| F. | JPMCB AUTO | #1170391733 |

| | |
|---|---|
| G. JPMCB AUTO | #1192471850.. |
| H. PORTFOLIO RECOVERY | #681921006124.. |
| I. CONNS | #55105... |
| J. SEQUIUM ASSET | #...418... |

9. In accordance with the FCRA, Luba would like the preceding 10 items removed from her credit report in addition to the following 7 unknown hard inquires:

| | |
|---|---|
| K. COAF | 04 September 2020 |
| L. FLAGSHIP CREDIT | 04 September 2020 |
| M. GLOBAL LENDING SERVICE | 04 September 2020 |
| N. CONSUMER PORTFOLIO S | 04 September 2020 |
| O. CONSUMER PORTFOLIO S | 04 September 2020 |
| P. CONN CREDIT CORP | 19 July 2019 |
| Q. COX COMM - LAS VEGAS | 13 March 2019 |

Wherefore Luba Snow demands judgement for money damages in the amount of $7,500.00 US Dollars against Equifax LLC together with other such and further relief as the court may deem reasonable and just under the circumstances.

Luba Snow(formerly Gonzalez)
7260 Sunny Countryside Ave
Las Vegas, NV 89179

## Certificate of Service

Under penalty of perjury, I certify that a copy of the foregoing was provided by the US CERTIFIED MAIL to EQUIFAX INC. Lisa Stockard 1550 Peachtree Street, NW Atlanta, GA 30309 no later than 13 November 2020.

Luba Snow (formerly Gonzalez)
7260 Sunny Countryside Ave
Las Vegas, NV 89179

Las Vegas Justice Court
Electronically Filed
10/29/2020 2:06 PM
Suzan Baucum
CLERK OF THE COURT

Las Vegas Justice Court
Clark County, Nevada

Case No.   20C019979
Dept   Department #: LVJC 4

LUBA GONZALEZ aka Luba Snow,
          Plaintiff,
     v.
EQUIFAX LLC,
          Defendant.
_____/

### Exhibit Appendix to Equifax Complaint

**A.** Documents - 4 Letters from Luba to Equifax

EFX ORIGINAL DOCUMENT 5 01\12\2021 00387432 008 0090

LUBA GONZALEZ
7260 SUNNY COUNTRYSIDE AVE
LAS VEGAS NV 89179
SSN: ████████
DOB: ████████

EQUIFAX
PO BOX 105518
ATLANTA GA 30348

4/6/2020

    This letter is my formal written request for you to investigate the following unverified accounts listed below: According to the Fair Credit Reporting Act, 15 U.S.C. 1681 your company is required by law to verify - through the physical verification of the signed consumer contract - any and all accounts you post on a credit report to assure maximum accuracy. Without proper verification by your company, anyone paying for reporting services could fax, mail, or e-mail in a fraudulent account.

    I demand to see a copy of the Verifiable Proof, an original consumer contract with my signature on it, that you used to verify that the account belonged to the credit report named: LUBA GONZALEZ. Your failure to properly verify these accounts has hurt my ability to obtain credit for my business. Under the FCRA 15 U.S.C. 1681, unverified accounts must be promptly deleted. If you are unable to provide me with a copy of the verifiable proof that you have on file within 30(thirty) days for each account listed below then you must remove these accounts from the credit report. Please provide me with a copy of an updated and corrected credit report showing these items removed.

    I demand the following accounts be verified or removed immediately

    *Please also remove all non-account holding inquires over thirty(30) days old.

| Account Name | Account Number | Provide Physical Proof of Verification |
|---|---|---|
| Richland Holdings | D1346560M1 | Unverified account |
| SYNCB/Home Design | 603461008106 | Unverified account |
| Conn Credit Corp | 55105... | Unverified account |
| TD BANK/TARGET | 585975210377 | Unverified account |
| SYNCB/Toys R Us | 604586100848 | Unverified account |
| Portfolio Recovery Ass. | SYNCH-192100G124 | Unverified account |
| JPMCB Auto | 1137.... | Unverified account |

(continued)

| Account Name | Account Number | Provide Physical Proof of Verification |
|---|---|---|
| - RC Willey | 215551 | Unverified account |
| - Portfolio Recovery | Syncb-4585/63 xx3 | unverified account |
| - SYNCB/TJX CO | 604585103703 | Unverified account |
| - SEQUIUM ASSET | 788 | Unverified |
| - CALVARY PORTFOLIO | 888 x | unverified |
| - JPMCB AUTO | 1170391733 | unverified |
| - JP MCB AUTO | 1172471850 | unverified |

Thank You

LUBA GONZALEZ

EFX ORIGINAL DOCUMENT 5  01\12\2021 003387432 008 0093

10/28/2020                                       USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs

Track Another Package  +

**Tracking Number:** 70190140000067272611

Remove >

Your item was delivered at 9:19 am on April 13, 2020 in ATLANTA, GA 30348



## ✓ Delivered

April 13, 2020 at 9:19 am
Delivered
ATLANTA, GA 30348

Get Updates ∨

## Can't find

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

EFX ORIGINAL DOCUMENT 5 01\12\2021 00387432 008 0094

LUBA GONZALEZ
7260 SUNNY COUNTRYSIDE AVE
LAS VEGAS NV 89179

EQUIFAX
PO BOX ~~105069~~ 740256
ATLANTA GA 30374

RE: Second Written Request
06.05.2020

    Please be advised that this is my second written request for you to remove the unverified
accounts listed below that remain on my credit report in violation of 15 USC statue 1681. You
are required under the FCRA to have properly verified that an account listed on my credit
report is mine by having a copy of the original credit application on file. In the results of your
first re-investigation, you stated in writing that you verified that these items are being
reported correctly. Who in your company verified these accounts? How did they verify them?
Please provide me with the name of the individual, business address, and telephone number
of the person or business contacted during your re-investigation. Also, tell me why you didn't
send me copies of the verification like I asked you to?

    As I am sure that you are well aware , current case law states that, Consumer Reporting
Agencies bear grave responsibilities to ensure the accuracy of the accounts they report on
and their responsibility must consist of something more than merely parroting information
received from other sources. The courts have ordered that a re-investigation that merely
shifts the burden back to the consumer and the credit grantor cannot fulfill the obligations
imposed by statute 1681 a 4.

    You have not provided me a copy of any original documentation that you have on file that
is required under section 609 and 611 a 1 A, a consumer contract with my name on it, and
under section 611 5 a of the FCRA - you are required to promptly delete all information which
cannot be verified.

    The law is very clear as to the civil liability and the remedy available to me negligent
non-compliance, section 617, if you fail to comply with this federal law. I am a litigious
consumer and fully intend on pursuing litigation in the matter to enforce my rights under the
FCRA. I demand the following accounts be verified or deleted immediately.

| Name of account | Account number | Provide physical proof of verification |
|---|---|---|
| RICHLAND HOLDINGS | D184656H1 | unverified |
| SYNCB/HOMEDESIGN | 603461008706 | unverified |
| COMM CREDITCORP | 55705 | Unverified |
| TD BANK TARGET | 585975210377 | unverified |

| Name of account | Account number | Provide physical proof of verification |
|---|---|---|
| SYNCB/TOYSRUS | 604586/00648 | unverified |
| Portfolio Recovery Assoc. | synch-1921006124 | unverified |
| JPMCB AUTO | 1137 .. | unverified |
| RC WILLEY | 215571 | unverified |
| PORTFOLIO RECOVERY | synch# 4585/03 703.. | unverified |
| SYNCB/TJXCO | 604585/03 703 | Unverified |
| - SEQIUM ASSET | ... 418... | unverified |
| - CAIVARY PORTFOLIO | .. 698... | Unverified |
| - JPMCB AUTO | 1170391772 | unverified |
| - JPMCB AUTO | 192471850 | unverified |

Thank you

LUBA GONZALEZ







REX ORIGINAL DOCUMENT 5 01\12\2021 003387432 008 0097

10/28/2020                                  USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs

## Track Another Package ╋

**Tracking Number:** 70192280000189732872

Remove ⟩

Your item was delivered at 1:05 pm on June 9, 2020 in ATLANTA, GA 30348.

 **Delivered**

June 9, 2020 at 1:05 pm
Delivered
ATLANTA, GA 30348

Get Updates ⌄



## Can't find w

Go to our FAQs section to find answers to your tracking questions.

FAQs

EFX ORIGINAL DOCUMENT 5  01\12\2021  00387432  008  0098

LUBA GONZALEZ
7260 SUNNY COUNTRYSIDE AVE
LAS VEGAS NV 89179


EXPERIAN
PO BOX 9701
ALLEN TX 75013


Certified Mail: 7019 2280 0001 8973 0922
Re: Third Written Request

Please be advised that this is my third written request and final warning that I fully
intend to pursue litigation in accordance with the FCRA to enforce my rights and seek relief
and recover all monetary damages that I may be entitled to under section 616 and section
617 regarding your continued willful and negligent non compliance.

Despite two written requests, the unverified items listed below still remain on the credit file
named,LUBA GONZALEZ, in violation of federal law. You are required under the FCRA to have
properly verified that an account listed on a credit file belongs to that particular credit file by
having a copy of the original credit application on file. In the results of your first investigation
and subsequent re-investigation, you stated in writing that you verified that these accounts
are being reported correctly. Who in your company verified these accounts belong to the
account named LUBA GONZALEZ? How did you verify them? You still have not provided me
with the name of the individual, business address and telephone number of the person or
business contacted during your re-investigation. You have not provided me with a copy of any
documentation, (a credit application with my signature on it) as required under section 609
& section 611(a)(1)(A). Furthermore, you have failed to provide me the method of
verification as required under section 609 and section 611(a)(7). Please be advised that
under section 611(5)(A) of the FCRA - you are required to promptly delete all information
which cannot be verified.

The law is very clear as to the civil liability and the remedy available to me (section
616 & 617) if you fail to comply with federal law. I am a litigious consumer and fully
intend on pursuing litigation in this matter to enforce my rights under the FCRA.

I demand that you send me copies of the documents you used to verify the following
accounts listed below or you delete them immediately. Please provide me with a copy of
an updated and corrected credit report showing that these items have been deleted.

| Name of Account | Account Number | Provide physical proof of verification |
|---|---|---|
| SEQUIUM ASSET SOLUTIONS | 332.7283.7 | unverified |
| ACCTCORP OF SOUTHERN NEVADA | D184656N1 | unverified |
| PH EAA/ABS/SUNTRUST | 4216527280PAD | unverified |
| ADS COMENITY/VICTORIA | 585637513663 | unverified |

| Name of Account | Account Number | Provide physical proof of verification |
|---|---|---|
| JPMCB AUTO | 1170391733... | Unverified |
| JPMCB AUTO | 119247;850.. | unverified |
| JPMCB AUTO | 1137... | unverified |
| PORTFOLIO RECOVERY | 601921000124... | unverified |
| PORTFOLIO RECOVERY | 6045851032203. | unverified |
| RCWILLEY HOME | 215511... | Unverified |
| TD BANK USA/TARGET | 585975210377.. | unverified |
| WF CRD SVC | 446654205 9002... | unverified |
| WF AMEGEM | 57744211489) | unverified |
| CARITY ONE | 5178055735... | unverified |

Thank you



LUBA GONZALEZ

 

10/28/2020                                   USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs

### Track Another Package +

**Tracking Number:** 70192280000189729476

Remove >

Your item was delivered at 12:48 pm on July 18, 2020 in ATLANTA, GA 30348.



## ✅ Delivered

July 18, 2020 at 12:48 pm
Delivered
ATLANTA, GA 30348

Get Updates ∨

## Can't fi

Go to our FAQs section to find answers to your tracking questions.

FAQs

LUBA GONZALEZ
7260 SUNNY COUNTRYSIDE AVE
LAS VEGAS NV 89179


EQUIFAX
PO BOX 740256
ATLANTA GA 30374


08.19.2020


Notice of Pending Litigation Seeking Relief and Monetary Damages Under FCRA
Section 616 & Section 617

Please accept this final written offer of settlement before litigation as my attempt to
amicably resolve your continued violation of the Fair Credit Reporting Act regarding your
refusal to delete all of the unverified account information from the consumer file.

Your failure to provide me with verifiable proof required to post the accounts listed below
proves that it does not exist and is therefore unverified. I intend to pursue litigation in
accordance with the FCRA to seek relief and recover all monetary damages that I may be
entitled to under Section 616 and Section 617 if the unverified items listed below are not
deleted within 10 days. A copy of this letter as well as copies of the three written letters sent
to you previously will also become part of the formal complaint to the Federal Trade
Commission and also shall be used as evidence in pending litigation provided you fail to
comply with this offer of settlement.

Despite my three written requests, the unverified items listed below still remain on the
credit report named, LUBA GONZALEZ, in violation of federal law. In the results of your
investigations, you stated in writing that verified these items are being reported correctly;
Who verified these accounts? How did they verify them? You still have not provided me with
the name of the individual, business address, and telephone number of the person or
business contacted during your re-investigation. You have not provided me a copy of any
original documentation. Furthermore, you have failed to provide the method of verification as
required under section 611(b)(7)  Please be advised that under Section 611 (5)(A) of the
FCRA - you are required to promptly delete all information which cannot be verified.

The Law is very clear as to the Civil liability and the remedy available to me (Section 616
& 617) if you fail to comply with Federal Law. I am a litigious consumer and I fully intend on
pursuing litigation in this matter to enforce my rights under the FCRA.

In order to avoid legal action, I demand that you send me copies of the documents you
used to verify the following accounts listed below or you delete them immediately. Please
provide me with a copy of an updated and corrected credit report showing that these items
have been deleted.

Also I am instructing you to delete all non-account holding inquiries over thirty(30) days
old.

| Name of Account | Account Number | Provide physical proof of verification |
|---|---|---|
| AUSTOR P of SouthKen | D1846 56 41 | Unverified |

| Name of Account | Account Number | Provide physical proof of verification |
|---|---|---|
| — PORTFOLIO RECOVERY | SYNCH 192100612Y | unverified |
| – CONN CREDIT CORP | 55105 – | unverified |
| – COMENITY BANK / VIC | 585637513633.. | unverified |
| – RC WILLEY | 215 511... | unverified |
| – JPMCB | 1137 .. | unverified |
| – SEQIUM ASSET | ... 928... | unverified |
| – CALVARY PORTFOLIO | ...698 — | unverified |
| – JPMCB AUTO | 1170391733 | unverified |
| – JPMCB AUTO | 1197 471850. | unverified |

Thank You

SSN: ▓▓▓▓▓▓▓ /4

LUBA GONZALEZ

EFX ORIGINAL DOCUMENT 5 01\12\2021 00387432 008 0105

 

10/28/2020                                          USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs

## Track Another Package  +

**Tracking Number:** 70201290000197571582

Remove >

Your item was delivered at 11:57 am on September 6, 2020 in ATLANTA, GA 30348.



### ✅ Delivered

September 6, 2020 at 11:57 am
Delivered
ATLANTA, GA 30348

Get Updates ∨

## Can't find

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

EFX ORIGINAL DOCUMENT 5 01\12\2021 00387432 008 0106

EFX ORIGINAL DOCUMENT 5 01/12/2021 00307432 000 007



U.S. POSTAGE PAID
FCM LG ENV
LAS VEGAS, NV
89119
DEC 19, 20
AMOUNT
**$5.15**
R2304H 09422-51

1020
30069

7019 2280 0001 8972 9582

Lisa Sxrw
7760 Schwy County Suite 800
Las Vegas NV 89119

Equifax
1550 Peachtree St
Atlanta GA 30309



HAQ. MAHBUBUL

OAC 18A - 18.2.4

RICOH

USA-Atlanta One Atlanta Center 1201 W Peachtree Suite 185

EFX ORIGINAL DOCUMENT 5 01\12\2021 00387432 008 0107

261864573

# JUSTICE COURT, LAS VEGAS TOWNSHIP
## Clark County Nevada

LUBA GONZALEZ, Plaintiff(s)

vs.

EQUIFAX LLC, Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: 20C019979

Department No.: 04

FOR COURT USE ONLY

## SUMMONS

NOTICE:  YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.¹ READ THE INFORMATION BELOW.

TO THE ABOVE-NAMED DEFENDANT:  You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.²

* If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

  a.  File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. A **$71.00** filing fee is required, or you must file an Application to Proceed *In Forma Pauperis* and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website at http://www.civillawselfhelpcenter.org/.)

  b.  Serve a copy of your response upon the attorney whose name and address is shown below.

* Unless you respond, your default will be entered upon application of the Plaintiff, and this Court may enter a judgment against you for the relief demanded, which could result in the taking of money or property or other relief.

* If you intend to seek the advice of an attorney, you should do so promptly so that your response will be timely.

By: _____

DEPUTY CLERK

GONZALEZ, LUBA
7260 Sunny Countryside Ave Las Vegas NV
89179
Las Vegas, NV 89179

_____

Attorney Name, Address and Phone

Justice Court,
Las Vegas Township
Regional Justice Center
200 Lewis Avenue
PO Box 552511
Las Vegas, NV 89155-2511

11/02/2020
Date

APPROPRIATE COURTROOM ATTIRE AND SHOES ARE REQUIRED. NO SHORTS, HALTER TOPS, TANK TOPS, FOOD OR DRINK ARE PERMITTED.

¹ Notwithstanding the above, the State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators, each have 45 days after service of this Summons within which to file an Answer to the Summons.

² When service of the Summons is made by publication, the Summons shall, in addition to any special statutory requirements, also contain a brief statement of the object of the action substantially as follows: "This action is brought to recover a judgment for the sum of (indicate dollar amount), due and owing." or as the case may be. (JCRCP4(b)).