# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Luba Gonzalez aka Luba Snow, | Case No.: 2:21-cv-0152-JAD-BNW |
| Plaintiff | |
| v. | **Order Dismissing Case** |
| Equifax, LLC, | |
| Defendant | |

At a hearing on September 17, 2021, this court dismissed this case on defendant's motion with leave to file an amended complaint within 20 days.[1]  Plaintiff was advised that if she failed to file an amended complaint by that deadline, this case would be dismissed.  Because plaintiff has not filed an amended complaint or sought to extend the deadline to do so,

IT IS ORDERED that this case is DISMISSED.  The Clerk of the Court is directed to CLOSE THIS CASE.

Dated: March 23, 2022

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 12 (minutes).